IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES C. GRANDE, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 13-128 |
| CVS CAREMARK, | : |
| Defendant. | : |

## ORDER

AND NOW, this 22nd day of October, 2014, **IT IS HEREBY ORDERED AND DECREED** upon careful consideration of Defendant CVS Caremark's unopposed Motion for Summary Judgment (Doc. 23), along with exhibits, that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, C.J.**